# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER HOLLAND,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:14-cv-349-JAD-NJK<br><br>**ORDER EXTENDING TIME FOR RESPONSE**<br><br>[ECF 12] |

This is a *pro se* petition for a writ of habeas corpus filed by a Nevada state prisoner under 28 U.S.C. § 2254. Respondents have filed a motion for an extension of time in which to respond to the petition. (ECF 12). They ask the court to extend the due date to November 2, 2015. Having reviewed the motion and good cause appearing, respondents' motion is granted.

IT IS THEREFORE ORDERED that respondents' motion for an extension of time to file a response **[ECF 12] is GRANTED. Respondents have until November 2, 2015, to file their response.**

Dated this 23rd day of September, 2015.

_____
Jennifer Dorsey
United States District Judge