# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER HOLLAND,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:14-cv-349-JAD-NJK

**SECOND ORDER EXTENDING DEADLINE FOR RESPONSE**

[ECF 14]

    This is a *pro se* petition for a writ of habeas corpus filed by a Nevada state prisoner under 28 U.S.C. § 2254. On June 19, 2015, the court gave respondents until September 17, 2015, to respond to the petition. ECF 11. On respondents' request, citing a crushing caseload as justification for the extension, the court already extended that deadline by 46 days. ECF 12, 13. Respondents now ask for an additional 45-day extension based on the same excuse. ECF 14. Although the court is sympathetic to the caseload of the Attorney General's office, a 90-day extension of the original deadline simply has not been justified in this case. Accordingly, the court will grant the request in part: the deadline will be again extended, but by only 30 days to December 2, 2015. This is the last extension of this deadline that will be granted without extraordinary circumstances.

    IT IS THEREFORE ORDERED that respondents' motion for an extension of time to file a response [**ECF 14] is GRANTED in part. Respondents have until December 2, 2015, to file their response.**

    Dated this 13th day of November, 2015

_____
Jennifer Dorsey
United States District Judge